Docusign Envelope ID: 974868A0-61A4-446F-B605-B5F5AE768619

# EXHIBIT 1

Docusign Envelope ID: 974868A0-61A4-446F-B605-B5F5AE768619

# JOINT BUSINESS AGREEMENT

**THIS AGREEMENT** entered into as of June 1 2023   (the "Agreement") by and among ADAM TRAVEL SERVICES, INC., a Massachusetts Corporation, represented by Adam Abdo Ibrahim ("Party I"), and Adam Vacations India, represented by the Partners ("Party II"), as listed in Appendix A.

**WHEREAS**, Party II desire to enter into this Agreement because of Party I position in the international travel industry, and because of Party I position as a consolidator, as registered in the Airline Industry and with the Airlines Reporting Corporation ("ARC");

**WHEREAS**, Party I own Adam Travel Services INC, and has trademarked all associated names of Adam in the travel industry. Party I is allowing Party II use of said Adam Names based on this agreement. Party II cannot register any entity using any Adam name, without express written approval from Party I. Approval is not provided in this agreement.

**WHEREAS**, Party II wish to enter into this Agreement allowing Party II to operate as an exclusive branch of "Adam Travel Services", with their own ARC # under Adam Travel Services Incorporation. Branch will be referred as "Adam Vacation India".

**WHEREAS**, Party I has agreements with various major international airlines to serve as a Consolidator and has the authority to enter into this Agreement and other agreements with Party II, allowing Party II to avail them self of Party I access to ARC, thereby allowing Party II to operate their office under ARC rules and regulations applicable law.

**NOW, THEREFORE**, this Agreement witnesseth:

1   Party I and Party II will enter in an agreement to make Party II as a branch of Party I under ARC rules and regulations. Party II will manage all travel businesses in this branch.

2   Party II will work Exclusively with Party I under the following conditions:
    a.   The financial arrangements between Party I and Party II is listed Appendix B.
    b.   Party II will use the accounting system provided by Party I (TravCom) or any other system Adam Travel may use in future.
    c.   Party II will make weekly payments to Party I for all tickets they issued plus any other expenses incurred under their established ARC.
    d.   Party II will retain all profits generated by the branch.

3   For all relevant purposes, Party II interest in this Agreement and the exclusive ticketing rights being granted hereunder will be ongoing and uninterrupted subject to the conditions of section "14". Any other relevant provisions of this Agreement. Prior to during and after the agreement, Party I will continue to own the name "Adam Travel and all associated name of Adam in the travel industry. If

Docusign Envelope ID: 974868A0-61A4-446F-B605-B5F5AE768619

this agreement is terminated for any reason, the name of Adam can't be used by Party II without the written authorization of Party I.

4 Party II cannot claim any ownership of the Adam name or any ability to bind Party I in any agreement. Party II cannot claim involvement with Party I in any administrative capacity, beyond the scope of this agreement which is the ability to sell the products of Party I.

5 Subject to applicable law, ARC rules, regulations, procedures, and contractual provisions on point, Party I has the authority to enter into this Agreement with Party II allowing Party II to avail themselves of Party I contracts with various international airlines, thereby allowing Party II access to Party I's special prices.

6 This Agreement shall be governed and construed and interpreted in accordance with the laws of the state of IL and in accordance with Illinois choice of law principles.

7 Party II is responsible to make prompt payments on all sales at the end of the week to ARC bank or Party I bank.

8 Party I will open a bank account in USA and sales of airlines tickets will be deposited in this account. Party II will have control and access to the account. Monthly or weekly profits of the branch can be transferred from this account to any other account belongs to Party II.

9 Party II acknowledges that all credit cards used by their clients shall be authorized for use by client and takes full responsibility for any misuse of credit cards.

10 Party II agrees to indemnify Party I of any and all complaints and law suits made by their retail clients including but not limited to credit card use, air reservation, cancellations, and ticket changes.

11 Party II shall be liable as a corporation and personally for debts, damages, or liability incurred by them, or by their acts, negligence, or omission, as relate to their obligations and their performance under the term of this agreement.

12 Agreement shall last for the Term of five years form commencement of agreement. Agreement shall automatically renew every five years unless a party violates any of the provisions of this agreement.

13 Party I and Party II' interests pursuant to this Agreement are non-delegable and non-assignable, and cannot be transferred in any way without the written approval of the other Party.

14  This agreement will continue unabated until the termination date unless one of the parties violates the terms of this agreement, ARC rules, regulations and relevant contractual provisions, or any other municipal, county, state, federal or international laws. This agreement shall be terminated if one of the parties engaged in one or more of the following:

a. Engaging in fraud or deceptive practices;
b. Failing to timely pay any amounts due to ARC reporting inconsistencies, or otherwise; and
c. Failing to maintain relevant licenses enabling the branches to function as a retail or wholesale travel entity or Consolidator;
d. Any material violation of this Agreement

15  This agreement contains the entire agreement of the parties and supersedes all prior or contemporaneous negotiations, correspondence, understandings and agreements between the parties, regarding the subject matter of this Agreement This Agreement may not be amended or modified except in writing signed by all parties and supported by new consideration.

16  For all relevant matters to ARC and Airlines, all branches of Adam Travel are one entity owned by Adam Abdo Ibrahim under the incorporation of Adam Travel Services INC.

17  Party II will cancel the existing ARC registered under their name in USA and they are not allowed to register or have any interest in any other ARC or IATAN in the three countries mention here. Party II can't issue or buy any tickets from other sources unless Adam Travel does not have such inventory, and there must be written approval for buying such tickets. Party II must dissolve any registered business, bank account or unauthorized agreements,  in said countries that use the "Adam Name".

18  This agreement may be executed in counterparts, all of which taken together shall constitute one agreement binding on all parties, not withstanding that all the parties are not signatories to the original or the same counterpart. Each party shall become bound by the Agreement immediately upon affixing his or its signature hereto, independently of this signature of any other party.

**IN WITNESS WHERE OF**, this Agreement has been duly executed by or on behalf of the parties hereto as the date first above written.

ADAM TRAVEL SERVICES, INC.
ADAM ABDO IBRAHIM
Office President

Signature ------------------------------------------------------------------

Date
ADAM TRAVEL SERVICES, INC.
<mark>MUHAMMAD KHALIL</mark>
<mark>Vice President</mark>

Signature --------------------------------------------------------------------

Date      06-06-2023

<mark>Adam Vacation Partners.</mark>
<mark>Barun Kumar</mark>
Signature -------------------------------------------------------------------
Date      06-06-2023

<mark>Adam Vacation Partners.</mark>
<mark>Kritik Kumar</mark>

Signature -------------------------------------------------------------------
Date      06-06-2023

<mark>Adam Vacation Partners.</mark>
<mark>Nicholas Hester</mark>

Signature -------------------------------------------------------------------
Date      06-06-2023

Docusign Envelope ID: 974868A0-61A4-446F-B605-B5F5AE768619

## **Appendix A**

The partners in Party II are sheared equally in the branch at one third each of them and they are listed as follows,

**Barun Kumar**
**639 1st Floor, Sector 91**
**Faridabad, Haryana**
**India**
**PIN - 121013**

**Kritik Kumar**
**515 1st Floor, sector 91**
**Faridabad, Haryana**
**India**
**PIN - 121013**

**Nicholas Hester**
**6510 N. Onarga Avenue, Chicago**
**Illinois, 60631**
**United states.**

# **Appendix B**

The financial commitments between Party I and Party II will be as follows,

1- Party I will collect fee of 2 USD (two) per domestic ticket, and 4.00 USD (four) per international ticket issued by Party II in USA Branch, CAN $10.00 for Adam Canada Office, and SAR 15.00 for Adam Saudi Office.

2- Party I agreed to reduce the charges on international tickets to zero per ticket when needed for promotional purposes to increase the sales on certain airline. Business of such airline and competition in the market will be evaluated by party I to apply this condition.

3- The GDS segments will be kept all in the PCCS designated for Party II and each 6 months the incentives paid by the GDS will be split equally between Part I and Party II.

4- As long as the scanning on GDS is not exceeding the limit allowed by the GDS, and Party II has enough segments to offset the scans then there will be no scan charge. Based on the current situations, the limit should be on the average of 150,000 per day.

3- The incentives generated by sales of Party II branch from the airlines in USA will be split equally between Party I and Party II.

4- Incentives from GDS and Airlines will be used to cover any Company common overhead expenses, which are used by this branch among other Adam Branches. The balance will split as mention in number 2 and 3 in this Appendix.

5- Party II will deposit cash security of the amount $20,000 (twenty thousand) USD in USA, and CAN 10,000 (ten thousand) in Adam Canada bank, and SAR 50,000 (fifty thousand) in Adam Saudi Bank. This deposit can be increased if there is any delay of paying ARC or BSP payments at the due time.

Docusign Envelope ID: 974868A0-61A4-446F-B605-B5F5AE768619

# EXHIBIT 2

# United States of America
## United States Patent and Trademark Office

# Adam Vacations

**Reg. No. 6,323,080**

**Registered Apr. 13, 2021**

**Int. Cl.: 39**

**Service Mark**

**Principal Register**

Adam Travel Services, Inc. (MASSACHUSETTS CORPORATION)
7 Marshall St., Ste 201
Boston, MASSACHUSETTS 02108

CLASS 39: Arranging of transportation for travel tours; Travel booking agencies

FIRST USE 1-1-2016; IN COMMERCE 1-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "VACATIONS"

SER. NO. 88-527,337, FILED 07-22-2019







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



Docusign Envelope ID: 974868A0-61A4-446F-B605-B5F5AE768619

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Docusign Envelope ID: 974868A0-61A4-446F-B605-B5F5AE768619

# EXHIBIT 3

Docusign Envelope ID: 974868A0-61A4-446F-B605-B5F5AE768619

**From:** **Amira**  mira@adamtravel.com
**Subject:** FW: Bank Log In Credentials for Adam vacations
**Date:** December 31, 2025 at 1:17 PM
**To:** Muhammad Khalil  Muhammad.Khalil@AdamTravel.net

A

**From:** Kritik [mailto:kritik@adamvacations.com]
**Sent:** Friday, September 1, 2023 2:33 PM
**To:** Dr. Abdo Ibrahim
**Cc:** mira; Barun Kumar
**Subject:** Bank Log In Credentials for Adam vacations

Hi Doctor,

Hope all is well with you and you are in good health.

Please find the details for the bank login access : -

**Name - Barun Kumar**
**Email ID - Barun@adamvacations.com**
**Phone number - +91 9015515639**

**Name - Kritik Kumar**
**Email Id - Kritik@adamvacations.com**
**Phone Number - +91 9718153091**

**Name - Nicholas James Hester**
**Email ID. - Nicholashester16@gmail.com**
**Phone number - +1 7735035584**

--



**Kritik Kumar**
**Adam Vacations**

+91-9718153091 | www.adamvacations.com | kritik@adamvacations.com
**YOUR BEST THANK YOU IS REFERRAL**

*This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received this email in error) please notify the sende*

Docusign Envelope ID: 974868A0-61A4-446F-B605-B5F5AE768619



**From:** **Amira**  mira@adamtravel.com
**Subject:** FW: Business document requested I Adam Travel Boston
**Date:** December 31, 2025 at 1:17 PM
**To:** Muhammad Khalil  Muhammad.Khalil@AdamTravel.net

---

**From:** Kritik [mailto:kritik@adamvacations.com]
**Sent:** Wednesday, August 2, 2023 3:59 PM
**To:** mira
**Cc:** Barun Kumar; Dr. Abdo Ibrahim
**Subject:** Business document requested | Adam Travel Boston

Hello Mira,

I hope you are doing well.

I am writing to request you to kindly share the following documents via email, as approved by the doctor:

1. Business license of Adam Travel Boston
2. ARC accreditation approval letter of Boston

I would greatly appreciate your prompt response.

Thank you.

--



**Kritik Kumar**
**Adam Vacations**

+91-9718153091 | www.adamvacations.com | kritik@adamvacations.com
**YOUR BEST THANK YOU IS REFERRAL**

*This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received this email in error) please notify the sende*

Docusign Envelope ID: 974868A0-61A4-446F-B605-B5F5AE768619

**From:** **Amira** mira@adamtravel.com
**Subject:** FW: Office PCC & ES access
**Date:** December 31, 2025 at 1:22 PM
**To:** Muhammad Khalil Muhammad.Khalil@AdamTravel.net

**From:** Kritik [mailto:kritik@adamvacations.com]
**Sent:** Thursday, October 12, 2023 1:54 PM
**To:** mira
**Cc:** Dr. Abdo Ibrahim; Ashraf; Barun Kumar
**Subject:** Office PCC & ES access

Hi Mira,

Hope you are well

I tried to contact you on your phone post after my discussion with the Doctor. Please find the description of your question about the history of the many office IDs getting invo

1. Adam Vacations work with multiple sub agents and they are close to 30-40 in numbers and they all have their own Amadeus PCC and sharing Adam Amadeus users is n Please ask the team to focus mainly on whether the PNR is not segment abuse and booking is not coming from any other consolidator like greaves and all.

Let me know if you have any questions

--

**Kritik Kumar**
**Adam Vacations**

+91-9718153091 | www.adamvacations.com | kritik@adamvacations.com
**YOUR BEST THANK YOU IS REFERRAL**

*This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received this email in error) please notify the sende*

**From:** **Amira** mira@adamtravel.com  📎
**Subject:** FW: FUND NOT IN THE BANK
**Date:** December 31, 2025 at 1:26 PM
**To:** Muhammad Khalil  Muhammad.Khalil@AdamTravel.net

---

**From:** Kritik [mailto:kritik@adamvacations.com]
**Sent:** Friday, October 20, 2023 1:59 PM
**To:** amira
**Cc:** Ahmed Elhamawy; Ashraf; Barun Kumar; Dr. Abdo Ibrahim; Nick Hester
**Subject:** Re: FUND NOT IN THE BANK

Hi Amira,

Below is the answer of your question:

1 - Money is debited from our account and it's a matter of time and you should have it soon. Below is the screenshot.

| ⏱ Oct 20, 2023 | Memo Post W/D Outgoing Wire 8572 | 87,771.65 |

2. If you see the bookings from CHI1S211M , CHI1s2417 & CHI1S2418 then do let your team know to leave as it is as these PNR are automatically created with limited seats on

3. I will take care from here and will keep in mind from now on as it's a new set up between us. Like you had the first week where our money should have been credited to our

On Fri, Oct 20, 2023 at 11:19 PM amira <mira@adamtravel.com> wrote:

Hi Kritik,

1- no funds in our bank until now to settled PED 15OCT23
2- All the tickets issued for this week , PNRs created in your office ID is this the strategy from now on ; I need to inform my team.



**3-PED 22OCT23 funds should be in the bank from Tuesday or just don`t issue cash tickets.**

let me know,

Amira Elsayed
Group Sales Manager
131 West 33RD Str Unite: 10D
New York- NY 10001
Direct Line: 646 -520-0563
E: mira@adamtravel.com
On 10/20/2023 10:53 AM, Kritik wrote:

Hi Amira,

The banker yesterday made a delayed but nevertheless the payment went through and it will be soon ( 30 minutes ) in to the bank account.

@nick - Please connect with Amira and Ahmed here for any of your accounts query and also confirm them once we have the payment.

From next time we will be one day earlier in making payment.

On Fri, Oct 20, 2023 at 1:00 AM Amira <mira@adamtravel.com> wrote:

Hi Kritik,

I don`t see the money in the bank--??

| RC # | Status | PED | Net Cash | Net Credit | Net Remit | |
|---|---|---|---|---|---|---|
| 59826 | A | 15OCT23 | 94545.83 | 145109.46 | 87771.65 | 1 |

Best Regards,



**Amira Elsayed**   *Group Sales Manager*
*131 West 33*<sup>RD</sup> *Str Unite: 10D  New York- NY 10001*
*Direct Line: 646 -520-0563      Office :212-941-1059  EXT 209*
*E: mira@adamtravel.com*

Docusign Envelope ID: 974868A0-61A4-446F-B605-B5F5AE768619

**From:** **Amira** mira@adamtravel.com
**Subject:** FW: 【IMPORTANT】 JAL#17481 CB VI 131-8996303931 ATS 34759826 - CHARGEBACK DOCUMNETS
**Date:** December 31, 2025 at 1:26 PM
**To:** Muhammad Khalil Muhammad.Khalil@AdamTravel.net

---

**From:** Kritik [mailto:kritik@adamvacations.com]
**Sent:** Monday, December 18, 2023 1:27 PM
**To:** chargeback.amr@jal.com
**Cc:** mira; Nick Hester; Khrystyna Brankov
**Subject:** 【IMPORTANT】 JAL#17481 CB VI 131-8996303931 ATS 34759826 - CHARGEBACK DOCUMNETS

Dear Partner's

I trust this message finds you well.

In reference to the recent email communication, we wish to formally address the chargeback raised against the transaction in question. To assist in resolving this matter, we a

1. **Booking Confirmation and Terms & Conditions:**
Attached herewith is the booking confirmation sent to the customer post-booking, which includes the detailed terms and conditions associated with the reservation.

2. **Credit Card Holder Verification:**
Our internal verification process required the customer, who made a third-party booking, to provide the credit card holder's government ID proof. Attached is the email com

3. **E-Ticket Delivery:**
The E-ticket delivery confirmation is attached for your reference. This document verifies that the client received the electronic ticket in a timely manner.

4. **Flight Utilization Confirmation:**
The client has successfully utilized the flight booked. This serves as additional evidence supporting the legitimacy of the transaction.

We believe that the information provided sufficiently substantiates the legitimacy of the transaction and the services rendered. If there are any further details or documentatic

We appreciate your attention to this matter and look forward to a swift resolution.

--


**Kritik Kumar**
**Adam Vacations**

+91-9718153091. | www.adamvacations.com | kritik@adamvacations.com
**YOUR BEST THANK YOU IS REFERRAL**

*This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received this email in error) please notify the sende*

| Adamvacations E-ticket.pdf | adamvacations.com Mail - Online Booking (Adam Vacations)... | Credit Card Verification Document Required For Booking... |



Docusign Envelope ID: 974868A0-61A4-446F-B605-B5F5AE768619

