AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **1:26-cv-01225**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Nicholas Hester**
was recieved by me on  **2/06/2026:**

☐　I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒　I left the summons at the individual's residence or usual place of abode with **His Father, Michael Hester**, a person of suitable age and discretion who resides at **6510 N Onarga Ave, Chicago, IL 60631**, on **02/07/2026 at 11:23 AM**, and mailed a copy to the individual's last known address; or

☐　I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐　I returned the summons unexecuted because ; or

☐　Other *(specify)*

My fees are $ 0 for travel and **$ 86.00** for services, for a total of **$ 86.00**.

I declare under penalty of perjury that this information is true.

Date:  02/07/2026

_____
*Server's signature*

**Fatima Manzoor**
*Printed name and title*

**227 W. Monroe Street**
**Suite 2117**
**Chicago, IL 60606**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; VERIFIED COMPLAINT; CIVIL COVER SHEET; EXHIBITS,  to His Father, Michael Hester who identified themselves as the subject's parent, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact over 65 years of age, 5'10"-6'0" tall and weighing 160-180 lbs.**




Tracking #: **0207513739**